JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS
CHERYL BARBERO

## DEFENDANTS
UNITED STATES OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Marin County

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law and Mediation Offices of Mather N. White, 1000 Fourth Street, #600, San Rafael, CA 94901 (415/453-1010)

ATTORNEYS (IF KNOWN)
U.S. Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business in This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transfered from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane | [ ]362 Personal Injury Med Malpractice | [ ]620 Other Food & Drug | [ ]423 Withdrawal 28 USC 157 | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability | [ ]365 Personal Injury Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | [ ]320 Assault Libel & Slander | [ ]368 Asbestos Personal Injury Product Liability | [ ]630 Liquor Laws | **PROPERTY RIGHTS** | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]330 Federal Employers Liability | | [ ]640 RR & Truck | [ ]820 Copyrights | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]340 Marine | **PERSONAL PROPERTY** | [ ]650 Airline Regs | [ ]830 Patent | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ]345 Marine Product Liability | [ ]370 Other Fraud | [ ]660 Occupational Safety/Health | [ ]840 Trademark | [ ]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]350 Motor Vehicle | [ ]371 Truth In Lending | [ ]690 Other | **SOCIAL SECURITY** | [ ]490 Cable/Satellite TV |
| [ ]160 Stockholders Suits | [ ]355 Motor Vehicle Product Liability | [ ]380 Other Personal Property Damage | **LABOR** | [ ]861 HIA (1395ff) | [ ]810 Selective Service |
| [ ]190 Other Contract | [ ]360 Other Personal Injury | [ ]385 Property Damage Product Liability | [ ]710 Fair Labor Standards Act | [ ]862 Black Lung (923) | [ ]850 Securities/Commodities/Exchange |
| [ ]195 Contract Product Liability | | | [ ]720 Labor/Mgmt Relations | [ ]863 DIWC/DIWW (405(g)) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | | | [ ]730 Labor/Mgmt Reporting & Disclosure Act | [ ]864 SSID Title XVI | [ ]891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ]740 Railway Labor Act | [ ]865 RSI (405(g)) | [ ]892 Economic Stabilization Act |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motion to Vacate Sentence Habeas Corpus: | [ ]790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ]893 Environmental Matters |
| [ ]220 Foreclosure | [ ]442 Employment | [ ]530 General | [ ]791 Empl.Ret. Inc. Security Act | [ ]870 Taxes (US Plaintiff or Defendant | [ ]894 Energy Allocation Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing | [ ]535 Death Penalty | | [ ]871 IRS - Third Party 26 USC 7609 | [ ]895 Freedom of Information Act |
| [ ]240 Torts to Land | [ ]444 Welfare | [ ]540 Mandamus & Other | | | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]245 Tort Product Liability | [ ]440 Other Civil Rights | [ ]550 Civil Rights | | | [ ]950 Constitutionality of State Statutes |
| [ ]290 All Other Real Property | [ ]445 Amer w/ disab - Empl | [ ]555 Prison Condition | | | [ ]890 Other Statutory Actions |
| | [ ]446 Amer w/ disab - Other | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1346(b). Plaintiff tripped and fell on the grounds of the Golden Gate National Cemetery due to the negligence or other wrongful acts of employees of the United States.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[ ] SAN FRANCISCO/OAKLAND
[ ] SAN JOSE

DATE
12/20/2007

SIGNATURE OF ATTORNEY OF RECORD

1  Matthew N. White (SBN 088336)
   LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
2  Courthouse Square, Suite 600
   1000 Fourth Street
3  San Rafael, CA  94901-3182
   Telephone:  (415) 453-1010
4  Facsimile:  (415) 456-1921
   Email:    matt@mattwhitelaw.com
5
   **Attorneys for Plaintiff CHERYL BARBERO**
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **NORTHERN DISTRICT OF CALIFORNIA**
10

11  CHERYL BARBERO,                    )    **Case No.**
                                       )
12       Plaintiff,              CV    )    07          6449
                                       )
13       vs.                           )    **COMPLAINT FOR PERSONAL**
                                       )    **INJURIES**
14  UNITED STATES OF AMERICA,          )
                                       )    **JURY TRIAL DEMANDED**
15       Defendant.                    )
                                       )
16  ─────────────────────────────────

17       1.    Plaintiff, CHERYL BARBERO, is a resident of San Anselmo, Marin

18  County, California.

19       2.    The Golden Gate National Cemetery in San Bruno, California, is part of

20  the Department of Veterans Affairs, a subdivision of the UNITED STATES OF

21

22  AMERICA.

23       3.    Jurisdiction is based on 28 U.S.C. §1346(b)(1).  Under that statute,

24  District Courts have jurisdiction over claims against the United States of America or

25  its political subdivisions.

26

27       4.    Venue is proper under 28 U.S.C. §1391(e).  The subject incident took

28  place in San Bruno, California, within the Northern District of California.

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Cheryl Barbero v. United States of America*
Complaint for Personal Injuries/Jury Trial Demand – Page 1

5.    On August 16, 2006, plaintiff was at the Golden Gate National Cemetery to attend a memorial service.

6.    While at the cemetery, plaintiff walked from the chapel across a lawn toward a recently constructed sidewalk.

7.    From plaintiff's perspective, the sidewalk appeared to be the same level as the lawn. However, there was a steep drop down, apparently designed or constructed as some type of handicap access. There were no visible warning signs or markings of the drop down, which constituted a dangerous condition.

8.    The dangerous condition was either created by an employee or agent of the UNITED STATES OF AMERICA, or had existed long enough that the UNITED STATES OF AMERICA and its employees or agents knew or should have known of the hazardous condition. The UNITED STATES OF AMERICA and its employees or agents failed to take reasonable steps to abate the hazard or to warn of the hazard.

9.    As a result, plaintiff tripped and fell as she stepped from the grass to the driveway, sustaining physical and emotional injuries.

10.    Plaintiff's injuries include, but are not limited to, a fractured left navicular (wrist) bone, pain and suffering, and other general damages.

11.    Plaintiff has incurred hospital and medical expenses, including the cost of wrist surgery in October 2007. The amount of these expenses is unknown at present. Plaintiff will ask to amend this complaint when the true amount becomes known.

12.    Plaintiff has incurred lost income and a loss of earning capacity. The amount of these losses is unknown at present. Plaintiff will ask to amend this complaint when the true amount becomes known.

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Cheryl Barbero v. United States of America*
Complaint for Personal Injuries/Jury Trial Demand – Page 2

13.    Plaintiff's economic and noneconomic losses total at least $100,000.

PLAINTIFF REQUESTS JUDGMENT AS FOLLOWS:

A.   Hospital, medical, and other health care expenses, in an amount according to proof.

B.   Lost earnings and lost earning capacity in an amount according to proof.

C.   General and noneconomic damages in an amount according to proof, but at least $100,000.

D.   Costs of suit.

E.   Attorney's fees, interest, and any other remedy available and appropriate.

Dated:  December 20, 2007.

By:  Matthew N. White
Attorney for Plaintiff CHERYL BARBERO

## JURY DEMAND

Plaintiff demands trial by jury as to all defendants other than the UNITED STATES OF AMERICA.

Dated:  December 20, 2007.

By:  Matthew N. White
Attorney for Plaintiff CHERYL BARBERO

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921