# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 25 PM 3:56

CHERYL BARBERO

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

UNITED STATES OF AMERICA

EDL

TO: (Name and address of defendant)
UNITED STATES OF AMERICA, c/o U.S. Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Matthew N. White, Law and Mediation Offices of Matthew N. White, 1000 Fourth Street, Suite 600, San Rafael, California 94901

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE 01/14/2008 AT 4:10 PM |
| Name of SERVER TODD C. BRENNECK | TITLE SAN FRANCISCO #865 REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: U.S. ATTORNEY'S OFFICE, 450 GOLDEN GATE AVE., 9TH FLOOR, SAN FRANCISCO, CA 94102
BY SERVING MARYAM BEROS, AUTHORIZED TO ACCEPT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | $59.00 | $59.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/16/2008
         Date

Signature of Server

Address of Server   GOLDEN GATE LEGAL SVCS.
5 MEADOW AVE.
SAN RAFAEL, CA 94901
(415) 859-6166

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure