FILED
JAN 25 PM 3:49
[CLERK U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

Matthew N. White (SBN 088336)
LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
Courthouse Square, Suite 600
1000 Fourth Street
San Rafael, CA 94901-3182
Telephone: (415)453-1010
Facsimile: (415)456-1921
Email:   matt@mattwhitelaw.com
ATTORNEYS FOR PLAINTIFF CHERYL BARBERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL BARBERO,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,

    Defendant(s).

No. CV 07-06449 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 1/11/08

Signature: [signed] MATTHEW N. WHITE

Counsel for PLAINTIFF
(Plaintiff, Defendant or indicate "pro

## PROOF OF SERVICE

I, DARCY LICHTER, declare that:

I am over the age of eighteen and not a party to the within action; I am employed in the County of Marin, California, and my business address is 1000 Fourth Street, Suite 600, San Rafael, CA 94901.

On **January 24, 2008**, I served the attached **Plaintiff's Consent to Appear Before A U.S. Magistrate Judge** by the following method:

[X]  **By Mail [C.C.P. §1013a. and 2015.5]**: By placing a true copy of the aforementioned document enclosed in a sealed envelope with postage thereon fully prepaid, and following ordinary business practices, placing the envelope for mailing and collection in the Law Offices of Matthew N. White in the appropriate place for mail collected for deposit in the United States mail at San Rafael, California, addressed as follows:

[ ]  **By Facsimile [C.R.C., Rule No. 2003]**: A true copy of the aforementioned document was transmitted via facsimile to the party(ies) listed below, at the facsimile number(s) indicated, from this firm's fax number of *415/456-1921*:

United States Attorney's Office
Northern District of California
Attn: Civil Process Clerk, Ninth Floor
450 Golden Gate Avenue
San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **01/24/2008**, at San Rafael, California.

_____
Darcy Lichter

LAW OFFICES OF
MATTHEW N. WHITE
COURTHOUSE SQUARE, SUITE 600
1000 FOURTH STREET
SAN RAFAEL, CA 94901-3182
TELEPHONE (415) 453-1010
FACSIMILE (415) 456-1921

*Cheryl Barbero v. United States of America* – No. CV-7-06449-EDL
Plaintiff's Proof of Service