JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL TSENG (CSBN220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7155
    Facsimile:    (415) 436-6927
    Email:        neill.tseng@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLINATION TO PROCEED BEFORE |
| v. | ) | A MAGISTRATE JUDGE AND REQUEST |
| | ) | FOR REASSIGNMENT TO A UNITED |
| UNITED STATES OF AMERICA, | ) | STATES DISTRICT JUDGE |
| | ) | |
| Defendant. | ) | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned U.S. Attorney, specially appearing for defendant in the above-captioned civil matter, hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

Dated: January 29, 2008                        /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney