1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7155
6      Facsimile:    (415) 436-6927
       Email:        neill.tseng@usdoj.gov
7
   Attorneys for Federal Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
12 CHERYL BARBERO,                    )   No. C 07-6449 WHA
                                      )
13             Plaintiff,             )   STIPULATION TO RETURN CASE TO
                                      )   MAGISTRATE JUDGE ELIZABETH D.
       v.                             )   LAPORTE
14                                    )
15 UNITED STATES OF AMERICA,          )   [PROPOSED ORDER]
                                      )
16             Defendant.             )
   _____)

17     Subject to the approval of the Court, the parties hereby stipulate that the above-captioned

18 case be returned to Magistrate Judge Elizabeth D. Laporte.

19     This case was originally assigned to Magistrate Judge Laporte, whom the plaintiff

20 consented to proceed before. See Consent to Proceed Before a United States Magistrate Judge

21 (Docket #4). The defendant also intended to consent to proceed before Magistrate Judge Laporte, but

22 inadvertently filed a Declination to Proceed Before a U.S. Magistrate Judge (Docket #5). The case

23 was subsequently reassigned to the Honorable William H. Alsup. See Order Reassigning Case (Docket

24 #7). Because both parties intended to proceed before Magistrate Judge Laporte in the first instance, the

25 parties hereby stipulate to return this case to Magistrate Judge Laporte.

26 //

27 //

28 //

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: January 31, 2008 | /s/<br>NEILL T. TSENG<br>Assistant United States Attorney |
| Dated: January 31, 2008 | /s/<br>MATTHEW N. WHITE<br>Attorney for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE