1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
    Telephone:   (415) 436-7155
6     Facsimile:   (415) 436-6927
    Email:      neill.tseng@usdoj.gov
7
Attorneys for Federal Defendant
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11
12 CHERYL BARBERO,         )    No. C 07-6449 WHA
                       )
13         Plaintiff,    )    STIPULATION TO RETURN CASE TO
                       )    MAGISTRATE JUDGE ELIZABETH D.
14    v.                 )    LAPORTE
                       )
15 UNITED STATES OF AMERICA,  )    [~~PROPOSED~~ ORDER]
                       )
16         Defendant.   )
                       )

17      Subject to the approval of the Court, the parties hereby stipulate that the above-captioned

18 case be returned to Magistrate Judge Elizabeth D. Laporte.

19      This case was originally assigned to Magistrate Judge Laporte, whom the plaintiff

20 consented to proceed before.  See Consent to Proceed Before a United States Magistrate Judge

21 (Docket #4).  The defendant also intended to consent to proceed before Magistrate Judge Laporte, but

22 inadvertently filed a Declination to Proceed Before a U.S. Magistrate Judge (Docket #5).   The case

23 was subsequently reassigned to the Honorable William H. Alsup.  See Order Reassigning Case (Docket

24 #7).  Because both parties intended to proceed before Magistrate Judge Laporte in the first instance, the

25 parties hereby stipulate to return this case to Magistrate Judge Laporte.

26 //

27 //

28 //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 31, 2008          _____/s/_____

NEILL T. TSENG
Assistant United States Attorney

Dated: January 31, 2008          _____/s/_____

MATTHEW N. WHITE
Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  February 4, 2008.          _____

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA