**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL BARBERO

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 07-06449 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference originally set before Magistrate Judge Laporte remains set for April 1, 2008 at 10:00 a.m. A joint case management statement shall be filed no later than March 25, 2008. All other provisions of the Court's Order Setting Case Management Conference and ADR Deadlines, document 2, remain in effect..

Dated: February 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy