```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4
         450 Golden Gate Avenue, Box 36055
 5       San Francisco, California 94102-3495
         Telephone:    (415) 436-7155
 6       Facsimile:    (415) 436-6927
         Email:        neill.tseng@usdoj.gov
 7
    Attorneys for Federal Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHERYL BARBERO, | ) No. C 07-6449 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT'S ANSWER TO<br>) COMPLAINT FOR PERSONAL INJURIES |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Defendant United States of America ("Defendant") hereby answers the Complaint for Personal Injuries filed by Plaintiff Cheryl Barbero ("Plaintiff") as follows:

1. Defendant lacks information or belief sufficient to respond to allegations about Plaintiff's residence, and on that basis denies the allegations of paragraph 1.

2. Paragraphs 2 and 3 contain jurisdictional allegations to which no answer is required.

3. Defendant admits the allegations contained in paragraph 4.

4. Defendant lacks information or belief as to why Plaintiff visited the U.S. Department of Veterans Affairs Golden Gate National Cemetery in San Bruno, CA, and on that basis denies the allegations of paragraph 5.

5. Defendant lacks information or belief as to Plaintiff's path from the chapel, and lacks information or belief as to the definition of "recently constructed" sidewalk, and on those bases, denies the allegations of paragraph 6.

6. In answer to paragraph 7, Defendant denies that the sidewalk was a dangerous condition. Defendant lacks information or belief as to Plaintiff's perspective on the sidewalk, and on that basis denies the remaining allegations of paragraph 7.

7. Defendant denies the allegations of paragraphs 8, 9, 10, 11, 12, and 13.

8. Plaintiff's prayer for relief (headed "PLAINTIFF REQUESTS JUDGMENT AS FOLLOWS") does not require an answer, but insofar as an answer may be required, Defendant denies the allegations therein.

9. Defendant denies any and all allegations not specifically answered above.

**FIRST AFFIRMATIVE DEFENSE**

The complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff and others were contributorily negligent.

**THIRD AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction over Plaintiff's complaint.

**FOURTH AFFIRMATIVE DEFENSE**

The injuries and/or damages in the complaint were not proximately caused by any negligent or wrongful act or omission by Defendant or by Defendant's employee or agent.

**FIFTH AFFIRMATIVE DEFENSE**

The injuries and/or damages alleged by Plaintiff in the complaint, if any, were proximately caused by the intervening or superseding act of one other than Defendant or Defendant's employee or agent, and were not caused by an act or omission of Defendant or of Defendant's employee or agent.

**SIXTH AFFIRMATIVE DEFENSE**

In the event that the Court finds Defendant negligent, which negligence Defendant denies, the negligence of Plaintiff contributed to causing Plaintiff's injuries, if any, and any recovery must be proportionally reduced.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, have been caused or exacerbated by the failure of Plaintiff to mitigate damages.

**EIGHTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. 2675(b), Plaintiff's recovery in this action, if any, is limited to the amount of the claim that Plaintiff presented in her administrative tort claim.

**NINTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2674, Defendant is not liable for interest prior to judgment or for punitive or special damages.

Wherefore, Defendant requests the following:

1. That Plaintiff's complaint be dismissed with costs of suit awarded to Defendant;
2. That Plaintiff take nothing in this action; and
3. That this Court grant such other and further relief as it may deem appropriate.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: March 14, 2008          /s/
NEILL T. TSENG
Assistant United States Attorney

DEFENDANT'S ANSWER TO COMPLAINT FOR PERSONAL INJURIES
C 07-6449 EDL