**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 1, 2008

Case No:  **C- 07-06449 EDL**

Case Name:  **CHERYL BARBERO v. USA**

Attorneys:    Pltf: Damon M. Connolly    Deft: Neill T. Tseng

Deputy Clerk:  Lili M. Harrell              FTR digital recording: 10:04am - 10:11am

**PROCEEDINGS:**                                      **RULING:**

1.  Initial Case Management Conference                        Held

2.

**ORDERED AFTER HEARING:**    Parties previously stipulated to ENE.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:** 10/21/08 at 10:00am for further case management conference.

**PRETRIAL SCHEDULE:**

Last day to add new parties: 4/30/08
Discovery cutoff: 8/11/08
Initial expert disclosure deadline: 7/8/08
Rebuttal expert disclosure deadline: 7/22/08
Expert discovery cutoff: 8/11/08
Dispositive Motion filing deadline:8/26/08
Dispositive Motions hearing date: 9/30/08
Pretrial Conference: 11/18/08
Trial: 12/8/08 at 8:30 a.m., set for 3 days.
      [ ] Jury  [X]  Court

Notes:
cc: