# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Barbero,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant(s). | 07-06449 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Michael G. W. Lee**
> Law Offices of Michael G.W. Lee
> 360 Post Street 8th Floor
> San Francisco, CA 94108
> 415-788-9000
> mgwlaw@aol.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06449 EDL ENE                              - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: April 3, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-06449 EDL ENE                              - 2 -