1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7155
6      Facsimile:    (415) 436-6927
       Email:        neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL DATE |
|  | ) |  |
| v. | ) |  |
|  | ) | [PROPOSED ORDER] |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

17      Subject to the approval of the Court, the parties hereby stipulate that the trial date for the

18  above-captioned case be continued from December 8, 2008, to December 15, 2008.

19      The reason for the continuance is that Defendant's counsel has another case that was

20  previously scheduled for trial on December 8, 2008, and inadvertently overlooked this at the

21  initial case management conference.  Because both parties are amenable to a trial date of

22  December 15, 2008, the parties hereby stipulate to continue the trial date to that date.

23  //
24  //
25  //
26  //
27  //
28  //

Respectfully submitted,

Dated: April 9, 2008

       /s/
MATTHEW N. WHITE
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 9, 2008

       /s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE TRIAL DATE; PROPOSED ORDER
No. C 07-6449 EDL       2