1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7155
6      Facsimile:    (415) 436-6927
       Email:        neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE TRIAL DATE |
| v. | ) ) | [P~~ROPOSE~~D ORDER] |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

17     Subject to the approval of the Court, the parties hereby stipulate that the trial date for the
18 above-captioned case be continued from December 8, 2008, to December 15, 2008.
19     The reason for the continuance is that Defendant's counsel has another case that was
20 previously scheduled for trial on December 8, 2008, and inadvertently overlooked this at the
21 initial case management conference. Because both parties are amenable to a trial date of
22 December 15, 2008, the parties hereby stipulate to continue the trial date to that date.
23 //
24 //
25 //
26 //
27 //
28 //

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: April 9, 2008 | /s/<br>MATTHEW N. WHITE<br>Attorney for Plaintiff |
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: April 9, 2008 | /s/<br>NEILL T. TSENG<br>Assistant United States Attorney<br>Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: April 14, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION TO CONTINUE TRIAL DATE; PROPOSED ORDER
No. C 07-6449 EDL                    2