JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7155
    Facsimile:    (415) 436-6927
    Email:        neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL BARBERO, ) | No. C 07-6449 EDL |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

Subject to the approval of the Court, the parties hereby stipulate that this case shall be removed from the Early Neutral Evaluation ("ENE") program and referred to mediation with Mr. Michael G.W. Lee to serve as the mediator. Mr. Lee previously was appointed to serve as the ENE evaluator and has agreed to serve as the mediator.

                                              Respectfully submitted,

Dated: April 30, 2008                         /s/
                                              MATTHEW N. WHITE
                                              Attorney for Plaintiff

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: April 30, 2008                         /s/
                                              NEILL T. TSENG
                                              Assistant United States Attorney
                                              Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                               1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  DATED: _____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                    2