```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7155
6      Facsimile:   (415) 436-6927
       Email:       neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Subject to the approval of the Court, the parties hereby stipulate that this case shall be removed from the Early Neutral Evaluation ("ENE") program and referred to mediation with Mr. Michael G.W. Lee to serve as the mediator. Mr. Lee previously was appointed to serve as the ENE evaluator and has agreed to serve as the mediator.

Respectfully submitted,

Dated: April 30, 2008              /s/
                                   MATTHEW N. WHITE
                                   Attorney for Plaintiff

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

Dated: April 30, 2008              /s/
                                   NEILL T. TSENG
                                   Assistant United States Attorney
                                   Attorneys for Defendant

STIPULATION AND [~~PROPOSED~~] ORDER
C 07-6449 EDL                              1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  DATED: May 1, 2008



HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                                2