1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone:     (415) 436-7155
6     Facsimile:     (415) 436-6927
      Email:         neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
   CHERYL BARBERO,                  )   No. C 07-6449 EDL
12                                  )
              Plaintiff,            )   STIPULATION AND [PROPOSED]
13                                  )   ORDER
              v.                    )
14                                  )
   UNITED STATES OF AMERICA,        )
15                                  )
              Defendant.            )
16 _____)

17     Subject to the approval of the Court, the parties hereby stipulate that the deadline for

18 mediation in this case will be enlarged by 45 days, from June 10, 2008, to July 25, 2008. This

19 enlargement is necessary because the parties have not yet been able to obtain all of the plaintiff's

20 medical records at issue, which the parties agree is necessary to properly evaluate the case and

21 conduct a meaningful mediation. The parties are in the process of obtaining the plaintiff's

22 medical records and expect to have them in time for mediation by July 25, 2008.

23     The parties agree to continue using Mr. Michael G.W. Lee as the mediator.

24 //

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                         1

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: May 28, 2008 | /s/ |
| 3 | MATTHEW N. WHITE |
|  | Attorney for Plaintiff |
| 5 | JOSEPH P. RUSSONIELLO |
|  | United States Attorney |
| 7 Dated: May 28, 2008 | /s/ |
| 8 | NEILL T. TSENG |
|  | Assistant United States Attorney |
|  | Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                    2