JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7155
    Facsimile:  (415) 436-6927
    Email:  neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

    Subject to the approval of the Court, the parties hereby stipulate that the deadline for mediation in this case will be enlarged by 45 days, from June 10, 2008, to July 25, 2008.  This enlargement is necessary because the parties have not yet been able to obtain all of the plaintiff's medical records at issue, which the parties agree is necessary to properly evaluate the case and conduct a meaningful mediation.  The parties are in the process of obtaining the plaintiff's medical records and expect to have them in time for mediation by July 25, 2008.

    The parties agree to continue using Mr. Michael G.W. Lee as the mediator.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL       1

Respectfully submitted,

Dated: May 28, 2008

/s/
MATTHEW N. WHITE
Attorney for Plaintiff


JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 28, 2008

/s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: May 29, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*United States District Court, Northern District of California*

STIPULATION AND [PROPOSED] ORDER
C 07-6449 EDL                    2