JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7155
    Facsimile:    (415) 436-6927
    Email:       neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL BARBERO, | No. C 07-6449 EDL |
| Plaintiff, | STIPULATION TO ENLARGE DATES; [PROPOSED] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Subject to the approval of the Court, the parties stipulate to the following:

The date for fact discovery cutoff currently set for August 11, 2008, is enlarged to **September 5, 2008**;

The date for expert designation currently set for July 8, 2008, is enlarged to **August 29, 2008**;

The date for rebuttal expert designation currently set for July 22, 2008, is enlarged to **September 12, 2008**;

The date for expert discovery cutoff currently set for August 11, 2008, is enlarged to **October 3, 2008**;

The cutoff date for filing dispositive motions currently set for August 26, 2008, is enlarged to **September 23, 2008**;

STIPULATION TO ENLARGE DATES; [PROPOSED] ORDER
C 07-6449 EDL    1

1  The dispositive motion hearing date currently set for September 30, 2008, is enlarged to **October 28, 2008**;

The dates for the pretrial conference (November 18, 2008) and trial (December 15, 2008) remain unchanged.

This is the first request for an enlargement of these deadlines. Enlargement is required because there has been a delay in obtaining plaintiff's medical records from the subpoena service, which has delayed both parties' ability to retain expert witnesses. Therefore, the parties seek to extend the expert designation deadline and, correspondingly, the other deadlines set forth above.

The parties continue to pursue alternative dispute resolution and have a mediation scheduled for July 25, 2008. The parties are cautiously optimistic that this case will settle.

Respectfully submitted,

Dated: July 7, 2008

/s/
MATTHEW N. WHITE
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: July 7, 2008

/s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ENLARGE DATES; [PROPOSED] ORDER
C 07-6449 EDL                           2