1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone:    (415) 436-7155
6     Facsimile:    (415) 436-6927
      Email:        neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8
                       UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   CHERYL BARBERO,                )   No. C 07-6449 EDL
12                                )
            Plaintiff,             )   STIPULATION TO ENLARGE DATES;
13                                )   [~~PROPOSED~~] ORDER
            v.                     )   AS MODIFIED
14                                )
   UNITED STATES OF AMERICA,       )
15                                )
            Defendant.             )
16 _____)

17       Subject to the approval of the Court, the parties stipulate to the following:

18       The date for fact discovery cutoff currently set for August 11, 2008, is enlarged to

19  **September 5, 2008**;

20       The date for expert designation currently set for July 8, 2008, is enlarged to **August 29,**

21  **2008**;

22       The date for rebuttal expert designation currently set for July 22, 2008, is enlarged to

23  **September 12, 2008**;

24       The date for expert discovery cutoff currently set for August 11, 2008, is enlarged to

25  **October 3, 2008**;

26       The cutoff date for filing dispositive motions currently set for August 26, 2008, is

27  enlarged to **September 23, 2008**;

28

STIPULATION TO ENLARGE DATES; [~~PROPOSED~~] ORDER
C 07-6449 EDL                           1

1    The dispositive motion hearing date currently set for September 30, 2008, is enlarged to
2    **October 28, 2008**;
3    The dates for the pretrial conference (November 18, 2008) and trial (December 15, 2008) are VACATED.   A futher case management conference is scheduled for August 12, 2008 at
4    ~~remain unchanged~~.   10:00am. A joint case management statement is due by August 5, 2008.
5    This is the first request for an enlargement of these deadlines.  Enlargement is required
6    because there has been a delay in obtaining plaintiff's medical records from the subpoena service,
7    which has delayed both parties' ability to retain expert witnesses.  Therefore, the parties seek to
8    extend the expert designation deadline and, correspondingly, the other deadlines set forth above.
9    The parties continue to pursue alternative dispute resolution and have a mediation
10   scheduled for July 25, 2008.  The parties are cautiously optimistic that this case will settle.

                                    Respectfully submitted,

13   Dated: July 7, 2008                    /s/
                                    MATTHEW N. WHITE
14                                  Attorney for Plaintiff

                                    JOSEPH P. RUSSONIELLO
16                                  United States Attorney

17
     Dated: July 7, 2008                    /s/
18                                  NEILL T. TSENG
                                    Assistant United States Attorney
19                                  Attorneys for Defendant

20
     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

22
     DATED:  July 7, 2008
23                                  _____
                                    HONORABLE ELIZABETH D. LAPORTE
24                                  UNITED STATES MAGISTRATE JUDGE



STIPULATION TO ENLARGE DATES; [~~PROPOSED~~] ORDER
C 07-6449 EDL                           2