# UNITED STATES DISTRICT COURT

## Northern District of California

Barbero,

   Plaintiff(s),

v.

United States of America,

   Defendant(s).

No. C 07-06449 EDL ENE

**Certification of ADR Session**

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 7/25/08

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☒ YES  ☐ NO

Dated: 8/4/08

Evaluator, Michael G. W. Lee
Law Offices of Michael G.W. Lee
360 Post Street 8th Floor
San Francisco, CA 94108

**Certification of ADR Session**
07-06449 EDL ENE