Matthew N. White (SBN 088336)
LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
Courthouse Square, Suite 600
1000 Fourth Street
San Rafael, CA 94901-3182
Telephone: (415) 453-1010
Facsimile: (415) 456-1921
Email: matt@mattwhitelaw.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7155
    Facsimile:   (415) 436-6927
    Email:      neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL BARBERO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | No. C 07-6449 EDL <br><br> STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [~~PROPOSED~~] ORDER |

      BY AND THROUGH THEIR ATTORNEYS OF RECORD, THE PARTIES AGREE TO THE FOLLOWING STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER:

      1.    The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [~~PROPOSED~~] ORDER
C 07-6449 EDL                            1

2. Defendant United States of America ("Defendant") agrees to pay the sum of Thirty Thousand Dollars and No Cents ($30,000.00) to Plaintiff Cheryl Barbero ("Plaintiff"), made payable to Cheryl Barbero and Matthew N. White under the terms and conditions set forth herein.

3. Plaintiff and her heirs, executors, administrators, assigns and attorneys hereby agree to accept the sum of Thirty Thousand Dollars and No Cents ($30,000.00) in full and final settlement and satisfaction of the claims raised in This Action under the terms and conditions set forth herein.

4. The parties also agree that the settlement amount of Thirty Thousand Dollars and No Cents ($30,000.00) represents the entire amount payable to Plaintiff and her heirs, executors, administrators, assigns, agents, representatives, consultants and attorneys.

5. The parties also agree that neither Plaintiff nor any of her attorneys may make any claim for attorney's fees or other costs or expenses of litigation against Defendant, its agents, servants, or employees in connection with Plaintiff's claims as set forth herein.

6. In consideration of the payment of Thirty Thousand Dollars and No Cents ($30,000.00) and the other terms of this Stipulation and Agreement, Plaintiff agrees that she will immediately upon execution of this agreement execute a Stipulation of Dismissal, which stipulation shall dismiss with prejudice all claims asserted in This Action and any claims that could have been asserted in This Action, which is captioned Cheryl Barbero v. United States of America, C 07-6449 EDL. The fully-executed Stipulation of Dismissal will be held by Defendant's counsel and will be filed with the Court upon receipt by Plaintiff's counsel of the settlement amount.

7. Defendant will tender the settlement check within ninety (90) days of the Court's order approving the terms listed in this Stipulation and Agreement.

8. The parties further agree that the filing of this executed Stipulation and Agreement shall notify the Court of the parties' agreement to vacate all pending discovery, motion hearing dates, pretrial deadlines and any other case management date associated with this litigation.

9. In consideration of the payment of Thirty Thousand Dollars and No Cents ($30,000.00) and the other terms set forth in this Stipulation and Agreement, as set forth above, Plaintiff hereby releases and forever discharges Defendant and any and all of its past and present officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and subject matter that gave rise to This Action.

10. The provisions of California Civil Code Section 1542 are set forth below:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

Plaintiff, having been apprised of the statutory language of Civil Code Section 1542 by her attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights she may have pursuant to the provision of that statute or pursuant to any similar provision of federal law. Plaintiff understands that if the facts concerning Plaintiff's claimed injuries and the liability of Defendant or its agents, servants, or employees for damages pertaining thereto are found hereafter to be other than or different from the facts now believed to be true, this Stipulation and Agreement shall be and remain effective notwithstanding such material difference.

11. The parties acknowledge that neither this Stipulation and Agreement nor anything contained herein shall constitute an admission of liability or fault on the part of Defendant or its agents, servants, or employees. This agreement is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

12. This Stipulation and Agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party that arises out of the claims released and discharged by this agreement.

13. Plaintiff and her counsel have been informed and agree that payment of the settlement amount may take up to ninety (90) days to process. Defendant will submit a request

for payment to the National Finance Center within seven (7) days after this Stipulation and Agreement is approved by the Court.

14.   The parties agree that the District Court shall retain jurisdiction over this matter for the purpose of resolving any dispute alleging a breach of this Stipulation and Agreement.

15.   Each party acknowledges that it has been represented by and has relied upon independent counsel in negotiating, preparing and entering into this Stipulation and Agreement and that it has had the contents of this Stipulation and Agreement fully explained by counsel and that it is fully aware of and understands all of the terms of the agreement and the legal consequences thereof.  It is further acknowledged that the parties have mutually participated in the drafting of this Stipulation and Agreement and it is agreed that no provision herein shall be construed against any party hereto by virtue of the drafting of this Stipulation and Agreement.

16.   If any provision of this Stipulation and Agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.  This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranty or representation has been made on any subject other than as set forth in this Stipulation and Agreement.

SO STIPULATED.

//
//
//
//
//
//
//
//

DATED: 8/01/08

_____
CHERYL BARBERO, Plaintiff

DATED: 8/1/08

_____
MATTHEW N. WHITE
LAW AND MEDIATION OFFICES OF
MATTHEW N. WHITE
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 8/6/08          By: _____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

DATED: August 7, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte