1 | Matthew N. White (SBN 088336)
LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
2 | Courthouse Square, Suite 600
1000 Fourth Street
3 | San Rafael, CA 94901-3182
Telephone: (415) 453-1010
4 | Facsimile: (415) 456-1921
Email: matt@mattwhitelaw.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7155
    Facsimile:   (415) 436-6927
    Email:      neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHERYL BARBERO, | ) | No. C 07-6449 EDL |
|     Plaintiff, | ) ) ) | STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER |
|     v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
|     Defendant. | ) ) | |

    Parties stipulate to the following, subject to the approval of the Court:

    WHEREAS, the Court on August 7, 2008, approved the parties' Stipulation and Agreement of Compromise and Settlement filed on August 6, 2008;

    WHEREAS, plaintiff's counsel has received the settlement amount in full;

STIPULATION TO DISMISS COMPLAINT; [PROPOSED] ORDER
C 07-6449 EDL                                        1

THEREFORE, plaintiff's complaint in this action is hereby dismissed with prejudice and all pending discovery, motion hearing dates, pretrial deadlines and other case management dates associated with this litigation are vacated.

SO STIPULATED.

DATED: August 26, 2008        /s/
                              _____
                              MATTHEW N. WHITE
                              LAW AND MEDIATION OFFICES OF
                              MATTHEW N. WHITE
                              Attorneys for Plaintiff


                              JOSEPH P. RUSSONIELLO
                              United States Attorney


DATED: August 26, 2008        /s/
                              _____
                              NEILL T. TSENG
                              Assistant United States Attorney
                              Attorneys for Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**


DATED:                        _____
                              HONORABLE ELIZABETH D. LAPORTE
                              UNITED STATES MAGISTRATE JUDGE