Matthew N. White (SBN 088336)
LAW AND MEDIATION OFFICES OF MATTHEW N. WHITE
Courthouse Square, Suite 600
1000 Fourth Street
San Rafael, CA 94901-3182
Telephone: (415) 453-1010
Facsimile: (415) 456-1921
Email: matt@mattwhitelaw.com

Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Facsimile: (415) 436-6927
    Email: neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERYL BARBERO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 07-6449 EDL<br><br>STIPULATION TO DISMISS COMPLAINT; [~~PROPOSED~~] ORDER |

Parties stipulate to the following, subject to the approval of the Court:

WHEREAS, the Court on August 7, 2008, approved the parties' Stipulation and Agreement of Compromise and Settlement filed on August 6, 2008;

WHEREAS, plaintiff's counsel has received the settlement amount in full;

1  THEREFORE, plaintiff's complaint in this action is hereby dismissed with prejudice and all pending discovery, motion hearing dates, pretrial deadlines and other case management dates associated with this litigation are vacated.

SO STIPULATED.

DATED: August 26, 2008
           /s/
MATTHEW N. WHITE
LAW AND MEDIATION OFFICES OF
MATTHEW N. WHITE
Attorneys for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 26, 2008
           /s/
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:**

DATED:  August 27, 2008

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE



STIPULATION TO DISMISS COMPLAINT; [~~PROPOSED~~] ORDER
C 07-6449 EDL                                         2